ALFRED W. BARROWS, Respondent, *v.* THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Barrows* v. *N. Y. C. & H. R. R. R. Co.*, 13 Misc. Rep. 780, affirmed.
(Submitted June 15, 1898; decided October 4, 1898.)

APPEAL from a judgment of the General Term. of the late
Superior Court of Buffalo, entered July 30, 1895, affirming a
judgment in favor of plaintiff entered upon a verdict, and an
order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*Frank C. Ferguson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., absent.

---

LIZZIE BRIEL, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*Briel* v. *City of Buffalo*, 90 Hun, 93, affirmed.
(Argued June 21, 1898; decided October 4, 1898.)

APPEAL from an order and judgment of the late General
Term of the Supreme Court in the fifth judicial department,
entered November 8, 1895, affirming a judgment in favor of
plaintiff entered upon a verdict, and an order denying a
motion for a new trial.

*W. H. Cuddeback* and *C. V. Nellany* for appellant.

*Wallace Thayer* for respondent.

Order and judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., absent.